THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD M. MACKENNA, Appellant.

Submitted April 11, 1946; decided April 14, 1949.

Motion to amend the remittitur granted. Return of remittitur requested and, when returned, it will be amended by adding thereto the following: A question under the Federal Constitution was presented and necessarily passed upon by this court, namely: Whether the resentence of the defendant by the Court of General Sessions of the County of New York subjected him to double jeopardy contrary to the Fourteenth Amendment of the Constitution of the United States. This court held that the resentence of the defendant did not subject him to double jeopardy contrary to the Fourteenth Amendment of the Constitution of the United States. [See 298 N. Y. 494.]

In the Matter of CELIA WONG, Appellant, *v.* MAURICE FINKELSTEIN et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Respondents.

Submitted April 4, 1949; decided April 14, 1949.

Motion for an order certifying a constitutional question granted. [See 299 N. Y. 205.]